UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| DAVID LONGORIA, individually and on behalf of the ESTATE OF DANIEL DAVID JOHNSON, deceased, *Plaintiffs* | § § § § § | |
| v. | § § | Civil Action No. 2:20-cv-00263 |
| NUECES COUNTY, et al, *Defendants.* | § § § | |

### ORDER ON DEFENDANT SHERIFF HOOPER'S UNOPPOSED MOTION FOR ENTRY OF FINAL JUDGMENT

After consideration of Defendant Sheriff Hooper's Unopposed Motion for Entry of Judgment pursuant to Federal Rule of Civil Procedure 54(b), the Court finds that there is no just reason for delay in entry of final judgment dismissing Sheriff Hooper from the present lawsuit.

Accordingly, the Court GRANTS Sheriff Hooper's Unopposed Motion for Entry of Judgment. (D.E. 91). The Court will separately enter a final judgment on the dismissed claims against Sheriff Hooper as provided in Federal Rule of Civil Procedure 58.

SIGNED ON 4th day of March 2022.

DAVID S. MORALES
UNITED STATES DISTRICT JUDGE