AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| David Longoria </br> *Plaintiff* </br> v. </br> Zapata et al. </br> *Defendants* | Civil Action No. 2:20cv263 |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: Plaintiff's claim(s) against Defendant John Chris Hooper individually are DISMISSED for failure to state a claim. This is a Final Judgment pursuant to Federal Rule of Civil Procedure 54(b) and the Court's Order in Docket Entry 84. The Court determines that there is no just reason for delay in entering Final Judgment.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge David S. Morales on a motion to dismiss (D.E. 65).

Date: March 4, 2022

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*