Case 2:20-cv-00263   Document 202   Filed on 08/29/24 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
August 29, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| DAVID LONGORIA, | § | |
| Plaintiff, | § § § | |
| VS. | § | CIVIL ACTION NO. 2:20-CV-00263 |
| JAVIER ZAPATA, JR., *et al.*, | § § § | |
| Defendants. | § § § | |

# FINAL JUDGMENT

Pursuant to the Court's order granting the parties' Joint Motion to Dismiss with Prejudice, (D.E. 201), the Court enters final judgment dismissing with prejudice all claims in this cause. FED. R. CIV. P. 58. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

SO ORDERED.

_____
DAVID S. MORALES
UNITED STATES DISTRICT JUDGE

Dated: Corpus Christi, Texas
     August 29th, 2024